UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| STEVE GARCIA, | Case No. 3:17-cv-00507-MMD-WGC |
|---|---|
| Petitioner, | |
| v. | ORDER |
| WARDEN BACA, *et al.*, | |
| Respondents. | |

It is ordered that Respondents' motion for enlargement of time (ECF No. 8) is granted. Respondents will have until August 3, 2018, to answer or otherwise respond to the petition for writ of habeas corpus in this case.

DATED THIS 5th day of June 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE