UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| STEVE GARCIA, | Case No. 3:17-cv-00507-MMD-WGC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| WARDEN BACA, *et al.*, | |
| Respondents. | |

On January 22, 2019, the Court concluded that the petition in this case asserts both exhausted and unexhausted claims. It accordingly directed Petitioner to elect within thirty days how he would like to proceed on his mixed petition. (ECF No. 24.) Petitioner has failed to respond to the Court's order, and the time for doing so has expired. The Court lacks jurisdiction to consider a mixed petition. *Rose v. Lundy*, 455 U.S. 509, 510 (1982).

It is therefore ordered that the petition in this action is dismissed without prejudice. The Clerk of Court is directed to enter final judgment accordingly and close this case.

DATED THIS 26th day of April 2019.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE